# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127129(52)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

GENNARO JOSEPH PISCOPO,
     Defendant-Appellant.

_____

SC: 127129
COA: 245835
Macomb CC: 2002-001210-FH

     On order of the Chief Justice, the motion by the Wayne County Prosecuting Attorney for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2007

_____
Clerk